No. 78-609.  CARDWELL v. VILLAGE OF WAITE HILL.  Appeal from Ct. App. Ohio, Lake County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78-5804.  GENCO v. DISTRICT OF COLUMBIA NATIONAL BANK.  Appeal from Ct. App. D. C. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78-5631.  AHMAD v. RODAK, CLERK, SUPREME COURT OF THE UNITED STATES.  Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 78-5689.  AHMAD ET AL. v. AYTCH ET AL.  Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.

No. D-141.  IN RE DISBARMENT OF GASQUE.  Disbarment entered.  [For earlier order herein, see *ante,* p. 906.]

No. D-142.  IN RE DISBARMENT OF FOSTER.  Disbarment entered.  [For earlier order herein, see *ante,* p. 906.]

No. 78-17.  UNITED GAS PIPE LINE Co. v. McCOMBS ET AL.; and

No. 78-249.  FEDERAL ENERGY REGULATORY COMMISSION v. McCOMBS ET AL.  C. A. 10th Cir.  [Certiorari granted, *ante,* p. 892.]  Motion of Associated Gas Distributors for leave to file a brief as *amicus curiae* granted.  MR. JUSTICE STEWART took no part in the consideration or decision of this motion.